IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00216-EWN-MEH

PHILLIP J. VIGIL,

    Plaintiff,

v.

COMMANDER MISTRATA, Personal/Professional,
COMMANDER PRESLEY, Personal/Professional,
LIEUTENANT BILLIARD, Personal/Professional,
LIEUTENANT DELUCA, Personal/Professional,
SERGEANT MACK, Personal/Professional,
SERGEANT HABERT, Personal/Professional,
DEPUTY CAYMAN, Personal/Professional,
DEPUTY WILLMOT, Personal/Professional,
DEPUTY HUFFOR, Personal/Professional,
DEPUTY LYLES, Personal/Professional,
UNKNOWN NAMED WARD DEPUTY, Personal/Professional,
LIZ O'NEIL, Personal/Professional, and
CORRECTIONAL HEALTHCARE MANAGEMENT, in part/in it's [sic] entirety,

    Defendants.

## MINUTE ORDER DENYING MOTION FOR DISCOVERY, GRANTING EXTENSION OF TIME AND DENYING COPIES

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2006.**

    Plaintiff's Motion for Discovery [Filed June 5, 2006; Docket #51] is **denied** as premature. The Preliminary Scheduling/Status Conference in this matter has been continued to **June 15, 2006, at 9:30 a.m.** (Docket #49). The purpose of this initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed. No discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the district judge in this case.

    Plaintiff's request for copies of documents from the Court file [Filed June 5, 2006; Docket

#52-1] is **denied.** The Plaintiff must make his request for copies directly to the Clerk of Court, together with making arrangements for payment for the copies. Plaintiff's *in forma pauperis* status does not provide for free copies from the Court.

Plaintiff's request for an extension of time to respond to the pending County Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment [Filed June 5, 2006; Docket #52-2] is **granted.** However, the Plaintiff failed to indicate an extension date. Accordingly, Plaintiff shall have until and including July 3, 2006, in which to file his response to the County Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment.