IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00216-EWN-MEH

PHILLIP J. VIGIL,

    Plaintiff,

v.

COMMANDER MISTRATA, Personal/Professional,
COMMANDER PRESLEY, Personal/Professional,
LIEUTENANT BILLIARD, Personal/Professional,
LIEUTENANT DELUCA, Personal/Professional,
SERGEANT MACK, Personal/Professional,
SERGEANT HABERT, Personal/Professional,
DEPUTY CAYMAN, Personal/Professional,
DEPUTY WILLMOT, Personal/Professional,
DEPUTY HUFFOR, Personal/Professional,
DEPUTY LYLES, Personal/Professional,
UNKNOWN NAMED WARD DEPUTY, Personal/Professional,
LIZ O'NEIL, Personal/Professional, and
CORRECTIONAL HEALTHCARE MANAGEMENT, in part/in it's [sic] entirety,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2006.**

    Plaintiff's Motion for Additional Discovery [Filed August 18, 2006; Docket #75] is **denied**, without prejudice. The motion does not indicate that the Plaintiff is attempting to compel discovery which he requested but which Defendants denied. Additionally, the motion does not indicate that the Plaintiff tried to work with the opposing party to informally resolve this request prior to seeking assistance from the Court, which is required under D.C.COLO.LCivR 7.1(A). The Court does not become involved in these matters until and unless the parties cannot reach an agreement on their own.