IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00216–EWN–MEH

PHILLIP J. VIGIL,

    Plaintiff,

v.

COMMANDER MISTRATA, Personal/Professional,
COMMANDER PRESLEY, Personal/Professional,
LIEUTENANT BILLIARD, Personal/Professional,
LIEUTENANT DELUCA, Personal/Professional,
SERGEANT MACK, Personal/Professional,
SERGEANT HABERT, Personal/Professional,
DEPUTY CAYMAN, Personal/Professional,
DEPUTY WILLMOT, Personal/Professional,
DEPUTY HUFFOR, Personal/Professional,
DEPUTY LYLES, Personal/Professional,
UNKNOWN NAMED WARD DEPUTY, Personal/Professional,
LIZ O'NEIL, Personal/Professional, and
CORRECTIONAL HEALTHCARE MANAGEMENT, in part/in it's [sic] entirety,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

    This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 18, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The County defendants' motion to dismiss (#40) filed May 30, 2006 is GRANTED. The County defendants' alternative motion for summary judgment (#40) filed May 30, 2006 is DENIED as moot.

3. Defendant Correction Healthcare Management's motion to dismiss (#62) filed June 16, 2006 GRANTED.

4. The appeal of magistrate judge's decision (#71) filed July 24, 2006, is DENIED as moot.

5. This case is dismissed with prejudice in its entirety.

DATED this 13th day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge